```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 28496
   MELISSA VELEZ
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-9461

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 07/19/2005 and was confirmed 09/19/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was paid in full 08/12/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
CHASE AUTOMOTIVE FINANCE  SECURED           6890.00         430.15        6890.00
CHASE AUTOMOTIVE FINANCE  UNSECURED          883.65            .00          88.37
WORLD FINANCIAL NETWORK   SECURED            200.00            .00         200.00
PORTFOLIO RECOVERY ASSOC  UNSECURED        29371.29            .00        2937.13
BAKER MILLER MARKOFF & K  NOTICE ONLY      NOT FILED          .00             .00
WORLD FINANCIAL NETWORK   UNSECURED         1437.73            .00         143.77
DANIEL J WINTER           DEBTOR ATTY       1,894.00                      1,894.00
TOM VAUGHN                TRUSTEE                                           838.21
DEBTOR REFUND             REFUND                                             19.99

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             13,441.62

PRIORITY                                          .00
SECURED                                      7,090.00
      INTEREST                                 430.15
UNSECURED                                    3,169.27
ADMINISTRATIVE                               1,894.00
TRUSTEE COMPENSATION                           838.21
DEBTOR REFUND                                   19.99
                    --------------       --------------
TOTALS              13,441.62                13,441.62
```

              PAGE  1 – CONTINUED ON NEXT PAGE
        CASE NO. 05 B 28496 MELISSA VELEZ

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/20/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE